(104 So. 264)

**LON L. PHILLIPS et al. v. W. M. BAILEY.**
(4 Div. 129.)

(Supreme Court of Alabama. Nov. 6, 1924. Rehearing Denied May 14, 1925.)

Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

Ball & Beckwith, of Montgomery, and Sanders & Brunson, of Elba, for appellants.

Fleming & Yarbrough, of Enterprise, M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SOMERVILLE, J. On the authority of Phillips v. Morrow, 104 So. 260,[1] a companion case to this, and involving the same questions, the

---

[1] Ante, p. 139.

judgment in this case will be reversed upon the grounds and for the reasons stated in the opinion in that case.

Reversed and remanded.

All the Justices concur, except ANDERSON, C. J., and GARDNER, J., who dissent.

